**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LEONARDO GUILLEN-CATOTA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-25-CV-00720-DB** |
| | § | |
| **KRISTI NOEM,** *Secretary of the United States Department of Homeland Security, et al.*, | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered "Petitioner's Motion for Ruling on Third Amended Petition for Writ of Habeas Corpus and for Expedited Consideration" ("Motion"), ECF No. 20. Therein, Petitioner moves the Court to rule on his pending "Third Amended Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief 28 U.S.C. § 2241," ECF No. 11. ECF No. 20 at 1. However, in his Motion, Petitioner notes that he was ordered removed to El Salvador by an immigration judge ("IJ") on April 10, 2026. Consequently, the Court requires further information before it can rule on the merits of the Petition.

Accordingly, **IT IS HEREBY ORDERED** Petitioner **SHALL FILE** a supplemental notice, by **no later than August 26, 2026**, directly answering the following questions:

1. Is Petitioner's order of removal administratively final?
    a. If yes, when did the order of removal become administratively final?
    b. If no, on what date did Petitioner appeal the IJ's order, and what is the status of Petitioner's appeal?

**IT IS FURTHER ORDERED** that, if Petitioner's order of removal is administratively final, Petitioner shall file supplemental briefing, **by no later than August 28, 2026**, addressing

whether there is reason to believe Petitioner's removal is not likely in the reasonably foreseeable future. However, if Petitioner's order of removal is *not* administratively final, Petitioner shall file supplemental briefing, **by no later than August 28, 2026**, addressing the following:

- whether Petitioner remains detained, and if so where;
- the length of detention to which the petitioner has already been subjected;
- the likelihood of deportation;
- the potential length of the detention into the future;
- the likelihood that release will frustrate the petitioner's actual deportation; and
- the danger to the community posed by the petitioner if released.

**IT IS FURTHER ORDERED** that Petitioner **SHALL INCLUDE** a copy of his final order of removal as an attachment to the supplemental brief.

**IT IS FINALLY ORDERED** that if Respondents wish to respond to Petitioner's supplemental briefing, they **MAY FILE** a response by **no later than September 2, 2026**,

**SIGNED** this **21st** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**